# United States Court of Appeals
## For the First Circuit

No. 06-1571

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff, Appellee,

v.

PATRICIA B. ROCKLAGE; WILLIAM M. BEAVER; DAVID G. JONES,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this court issued on November 14, 2006 is amended as follows:

On Page 4, line 4: Delete one of the two spaces between "12(b)(6)" and the phrase "to dismiss."

On Page 19, line 11: Replace "defendants'" with "[defendants']."

On Page 19, line 26: Replace the citation "947 F.2d at 566" with the citation "791 F.2d at 1032 (internal citations omitted)."

On Page 19, line 26: After the closing parenthesis, and before the period, add a space and the phrase "(internal quotation marks omitted)."